## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **FERRAIOLO CONSTRUCTION, INC.,** ) | **Case No. 13-10164** |
| ) | |
| **Debtor.** ) | |

**ORDER AKNOWLEDGING NOTICE OF EXTENSION OF TIME TO EFFECT
SUBSTANTIAL CONSUMMATION OF PLAN OF REORGANIZATION AND,
TO THE EXTENT REQUIRED, APPROVING SUCH EXTENSION**

Upon consideration of the Debtor's Notice of Extension of Time to Effect Substantial Consummation of Plan And, To the Extent Required, Motion for Approval of Such Extension (the "Notice Motion"), the Debtor having served electronically upon Bank of Maine, the Official Committee of Unsecured Creditors, the United States Trustee's Office, and all parties receiving notice through the Court's electronic filing system, in the absence of timely objection, and good cause having been shown, it is hereby **ORDERED**, that:

1. Service of the Notice Motion as set forth above was sufficient notice to all parties-in-interest under the circumstances of this case.

2. The Notice Motion be and hereby is **ACKNOWLEDGED** and **GRANTED**.

3. Pursuant to Article IX, § 9.11 of the Plan[1] and 11 U.S.C. § 1127(b), the Plan is hereby modified so that the deadline for Substantial Consummation shall be Friday, September 20, 2013;

---

[1] Defined terms shall have the same meanings as ascribed to them in the Notice unless otherwise noted herein.

4. Notwithstanding anything in the Bankruptcy Code or Federal Rules of Bankruptcy Procedure to the contrary, this Order shall become final upon entry on the docket.

DATED: October 8, 2013

_____
Hon. Louis H. Kornreich
Bankruptcy Judge

S:\f\Ferraiolo\BANKRUPTCY\Pleadings\[proposed] Order - Notice of Intent to Modify Plan.docx